IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL RICARDO BEAUMONT, : | |
| : | |
| Petitioner : | |
| : | CIVIL NO. 1:CV-16-2051 |
| v. : | |
| : | (Judge Caldwell) |
| UNITED STATES ATTORNEY : | |
| GENERAL, : | |
| : | |
| Respondent : | |

*O R D E R*

And now, this 6th day of December, 2016, it is ordered that:

    1.  Beaumont's petition (Doc. 1) seeking appointment of counsel for his proceedings before the BIA is dismissed for lack of jurisdiction.

    2.  Beaumont's Motion for Appointment of Counsel (ECF No. 2), identical to his petition, is dismissed for lack of jurisdiction.

    3.  Beaumont's Motion for Leave to Proceed *in forma pauperis* (ECF No. 3) is granted.

                              /s/ William W. Caldwell
                               William W. Caldwell
                               United States District Judge